# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

v.

**ALBERT GOLANT**

**ARRAIGNMENT AND PLEA MINUTES**

CASE NUMBER: **18-CR-144**

---

HONORABLE **NANCY JOSEPH**, presiding
Deputy Clerk: **Becky Ray**
Hearing Held: **June 28, 2018 at 10:00 AM**

Court Reporter: Liberty
Hearing Began: 10:01:51 AM
Hearing Ended: 10:08:11 AM

**Appearances:**

UNITED STATES OF AMERICA by: **Laura Kwaterski**
**Albert Golant**, in person, and by: **Joshua Uller**          ☐ CJA ☑ FDS ☐ RET
U.S. PROBATION OFFICE by: **Chelsea Opper**
INTERPRETER: ☑ None ☐ Sworn

---

☑ Original Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Misdemeanor   ☑ Felony

| | |
|---|---|
| Speedy Trial Date:  September 4, 2018 | District Judge:  Pamela Pepper |
| Plea Deadline: | Magistrate Judge:  William E. Duffin |
| Final Pretrial Report | Motions Due:  TO BE SET |
| Final Pretrial Conf.:  TO BE SET | Responses Due:  TO BE SET |
| Jury Trial Date:  TO BE SET | Replies Due:  TO BE SET |
| Trial Length Estimate:  1 week | |

---

☑ Defendant advised of rights
☐ Court orders counsel appointed
  ☐ Defendant to reimburse at $ per month
☑ Defendant advised of charges, penalties, and fines
☑ Copy of indictment received by defendant
  ☑ Indictment read   ☐ defendant waives reading
☑ Not guilty plea entered by:
  ☑ defendant ☐ the court

☑ Open file policy applies
  Discovery available:  still gathering
  ☐ Court discussed availability for
    incarcerated defendants
☑ Government to disclose grand jury materials
  one day prior to trial
☑ Case designated complex
☑ Scheduling conference:
  **July 3, 2018 at 9:30 AM**
  before Magistrate Judge  William E. Duffin

---

Maximum Penalties:
**Counts 1-7** – up to 20 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment as to each count
**Counts 8-12** – up to 30 years imprisonment, $1 million fine, 5 years supervised release, $100 special assessment as to each count

GOVT requests complex designation based on the volume of discovery. Investigation is ongoing and anticipate presenting additional charges in the future. Search warrants of deft's residence, business in IL, recovery of several electronic devices. Approximately 10 GB of scanned records, bank records, casino records, reports. Dozens of bankers' boxes of documents seized.

DEFENSE does not object to complex designation.

COURT designates case complex.

**Bond Status:**
☑        Detention continued as previously set by Magistrate Judge Joseph