UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    *Plaintiff,*

    *vs.*                                    Case No. 18-CR-144

ALBERT GOLANT,

    *Defendant.*

## MOTION TO ADJOURN

Albert Golant, by counsel, moves the court to adjourn the scheduling conference on the calendar for August 3, 2018 at 9:00 am. At the time this hearing was scheduled, it was anticipated that the government would have tendered the all discovery materials to the defense in advance of the hearing. The government has provided some of the discovery, but the bulk of the materials are still not ready for production to the defense. As a result, the parties are not in a position to meaningfully indicate how much time is needed to view discovery. The parties have conferred with the court's clerk, and subject to the Court's approval, have tentatively scheduled another scheduling conference for September 5, 2018 at 11:00 am. Golant respectfully asks that the court adjourn the hearing scheduled for August 3 to September 5, 2018. He further asks that the court make a speedy trial

finding that the ends of justice served by the adjournment outweigh the defendant's and public's interest in a speedy trial.

Dated at Milwaukee, Wisconsin, this 2nd day of August, 2018.

Respectfully submitted,

*/s/ Joshua D. Uller*
Joshua D. Uller, WI Bar #1055173
Federal Defender Services
   of Wisconsin, Inc.
517 E. Wisconsin Avenue – Room 182
Milwaukee, WI 53202
Tel. (414) 221-9900
Email: joshua_uller@fd.org

*Counsel for Defendant, Albert Golant*