

U.S. Department of Justice

*United States Attorney*
*Eastern District of Wisconsin*

*Federal Courthouse*     *(414)297-1700*
*517 E. Wisconsin Ave, Rm 530*     *TTY (414)297-1088*
*Milwaukee WI 53202*     *Fax (414) 297-1738*
*www.usdoj.gov/usao/wie*

March 8, 2019

The Honorable Pamela Pepper
United States District Judge
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

    Re:    *United States v. Albert Golant, aka Alex Golant*
              Case No. 18-CR-144

Dear Judge Pepper:

    I am writing on behalf of the parties to provide the Court with the joint status report ordered on February 4, 2019. Since the last status report on February 1, 2019, the parties have continued to engage in plea discussions. I have spoken with defense counsel and at this time, the parties are requesting that this Court schedule a joint status report or status conference for April 5, 2019 so that the parties can continue to engage in plea discussions.

    The parties are jointly requesting that this Court make a speedy trial finding that the period of time between today and the next status conference or status report deadline is excluded from the Speedy Trial calculation, because under 18 U.S.C. §§3161(h)(7)(A) and (B)(ii), the ends of justice require it due to the fact that the case is so unusual or complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by the statute.

                                            Respectfully,

                                            MATTHEW D. KRUEGER
                                            United States Attorney

              By:    */s/ Laura S. Kwaterski*
                       LAURA S. KWATERSKI
                       Assistant United States Attorney