

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Wisconsin*

*Federal Courthouse*        *(414)297-1700*
*517 E. Wisconsin Ave, Rm 530*      *TTY (414)297-1088*
*Milwaukee WI 53202*        *Fax (414) 297-1738*
                              *www.usdoj.gov/usao/wie*

May 7, 2019

The Honorable Pamela Pepper
United States District Judge
Eastern District of Wisconsin
517 E. Wisconsin Avenue
Milwaukee, WI 53202

    Re:    *United States v. Albert Golant, aka Alex Golant*
              Case No. 18-CR-144

Dear Judge Pepper:

    I am writing on behalf of the parties to provide the Court with the joint status report ordered on April 9, 2019. Since the last status report, the parties have continued to engage in plea discussions. I have communicated with defense counsel and the parties expect to file a signed plea agreement with this Court by the end of this week.

                                      Respectfully,

                                      MATTHEW D. KRUEGER
                                      United States Attorney

         By:    */s/ Laura S. Kwaterski*
                LAURA S. KWATERSKI
                Assistant United States Attorney