UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.    Case No. 18-CR-144(PP)

ALBERT GOLANT,

        Defendant.

## MOTION TO SEAL

Federal Defender Services of Wisconsin, as counsel-of-record for the defendant in the above-captioned case, moves for an order sealing, defendant's sentencing memorandum. The ground for this motion is that counsel believes it contains sensitive information. Based on the foregoing, this Court is respectfully asked to enter an order sealing defendant's sentencing memorandum.

Dated at Milwaukee, Wisconsin this 30th day of July, 2019.

        Respectfully submitted,

**/s/ Joshua D. Uller**
Joshua D. Uller, Bar No. 1055173
FEDERAL DEFENDER SERVICES
    OF WISCONSIN, INC.
517 E. Wisconsin Avenue, Room 182
Milwaukee, Wisconsin 53202
Telephone: 414-221-9900
Fax: 414-221-9901
E-mail: joshua_uller@fd.org

Counsel for Albert Golant

Federal Defender Services
of Wisconsin, Inc.